IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**FREDERICK BUSH,**

    Plaintiff,

v.                                                         Civil Action No. 3:09CV227

**DEPARTMENT OF CORRECTIONS, et al.,**

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 6, 2009, the Court conditionally docketed Plaintiff's civil action. At that time the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a consent to collection of fees form. As a result, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant complaint. See 28 U.S.C. § 1914(a). Such actions demonstrate a wilful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to mail a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                        /s/   REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: August 7, 2009